Stanley J. Lassa, appellee, v. Paul S. Bergamini, appellant.   Gen. No. 34,625.

Opinion filed March 24, 1931.
    Charles J. Russell, for appellant.    Blum & Jacobson, for appellee; Reuben S. Flacks, of counsel.
    Mr. Presiding Justice Scanlan delivered the opinion of the court.


    Anna G. Flood and Emmet T. Flood, appellees, v. James Houlihan, appellant.    Gen. No. 34,634.

Opinion filed March 24, 1931.   Rehearing denied April 6, 1931.
    Henry N. Miller and John M. Grimes, for appellant.    Laurence M. Fine, for appellees.
    Mr. Presiding Justice Scanlan delivered the opinion of the court.


    Benzoline Motor Fuel Company, appellee, v. Consumers Petroleum Company, appellant.    Gen. No. 34,646.

Opinion filed March 24, 1931.
    William Jaffe, for appellant; Bennison F. Bartel and Alexander J. Isaacs, of counsel.    Samuels, Costello & Greenberg, for appellee.
    Mr. Presiding Justice Scanlan delivered the opinion of the court.


    Lussky, White & Coolidge, Inc., appellee, v. Thomas F. Kennelly, appellant.    Gen. No. 34,667.

Opinion filed March 24, 1931.
    John J. Kelly, for appellant; Edwin J. Buckley, of counsel. · Haffenberg, Kopald & Burns, for appellee; Joseph Rosenbaum, of counsel.
    Mr. Presiding Justice Scanlan delivered the opinion of the court.